IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-41213
Summary Calendar
_____

CHARLIE LAWYER HICKS, JR.,

                                    Petitioner-Appellant,

versus

JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

                                    Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-02-CV-439
--------------------
March 10, 2003

Before GARWOOD, JOLLY and SMITH, Circuit Judges.

PER CURIAM:[*]

Charlie Lawyer Hicks, Jr., Texas inmate # # 267191, was convicted in 1977 of aggravated robbery and was sentenced to life imprisonment. The district court dismissed his 28 U.S.C. § 2254 petition, but granted a certificate of appealability ("COA") on the issue of Hicks' statutory and constitutional rights to release on mandatory supervision in violation of the Due Process

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Clause.  Hicks's argument is foreclosed by this court's decision in <u>Arnold v. Cockrell</u>, 306 F.3d 277 (5th Cir. 2002).

Hicks also asserts that his Equal Protection rights were being violated.  We do not reach the equal-protection issue raised by Hicks because the district court did not grant a COA on this issue and Hicks has not expressly sought to expand the COA grant to include it.  <u>See</u> <u>United States v. Kimler</u>, 150 F.3d 429, 431 (5th Cir. 1998) (party must expressly seek a COA on additional issues not certified by the district court).

AFFIRMED.